IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ERIC L. CAPLE,                    )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     1:24-cv-652
                                  )
KIM FOY, LAURA CHAVEZ, SARAH      )
HOLLAND, VICKEY FULLMORE,         )
RALPH KERSEY and B.J. KNIGHT,     )
                                  )
          Defendants.             )
```

### ORDER

On March 14, 2025, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 15, 16). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 15), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) and pursuant to Local Rule 11.1(b).

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 10th day of April, 2025.

                                      /s/ William L. Osteen, Jr.
                                         United States District Judge